■ In the Matter of DENNIS PARADOWSKI, Respondent, v LISA ROWLAND, Appellant. [730 NYS2d 894] —Appeal unanimously dismissed without costs. Memorandum: The order before us on this appeal recites that it was entered upon the consent of the parties. No appeal lies from the order because respondent is not aggrieved thereby (*see,* CPLR 5511; *Matter of Hartnett v Hartnett,* 242 AD2d 535, 535-536). (Appeal from Order of Erie County Family Court, Rosa, J.—Custody.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.